UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIND INC., d/b/a KIDS IN NEED OF DEFENSE<br><br>                *Plaintiff*,<br><br>       v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>                *Defendant*. | Civil Action No. 20-1384 (CJN) |

## JOINT STATUS REPORT

Defendant, the U.S. Citizenship and Immigration Services ("USCIS"), and Plaintiff Kids In Need of Defense ("Plaintiff" and, together with USCIS, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's July 3, 2020 Minute Order.

1. On May 22, 2020, Plaintiff filed its complaint under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 ("Complaint" or "Compl."). ECF No. 1.

2. Plaintiff's Complaint relates to two June 2019 FOIA requests that sought the production of training, guidance, and policy documents related to the introduction of the 2019 Redetermination Memorandum, which concerns unaccompanied alien children's asylum claims. Compl. ¶¶ 2-3, 20-22; Exhibits C (ECF No. 1-3), D (ECF No. 1-4).

3. On June 25, 2020, Defendant filed its Answer. ECF No. 12.

4. On July 3, 2020, this Court issued a Minute Order ordering the Parties to meet and confer and file a Joint Status Report on or before July 27, 2020, proposing a schedule for

proceeding in this matter. The Court further ordered that the schedule should address, among other things, the status of Plaintiff's FOIA request, the anticipated number of documents responsive to Plaintiff's FOIA request, the anticipated date(s) for release of the documents requested by Plaintiff, whether a motion for an *Open America* stay is likely in this case, and a briefing schedule for dispositive motions, if required.

5. The Parties met and conferred by telephone on July 22, 2020, and, subsequently, via email.

6. The Parties report as follows:

   a. With respect to the status of Plaintiff's FOIA request, Defendant reports that the searches are complete and records are actively being processed.

   b. With respect to the anticipated number of documents responsive to Plaintiff's FOIA request, Defendant reports that there are approximately 81 pages of documents, as well as other records located in the USCIS Electronic Reading Room.

   c. With respect to the anticipated date(s) for release of the documents requested by Plaintiff, Defendant expects the only release to be made within the next 30 days.

   d. With respect to whether a motion for an *Open America* stay is likely in this case, Defendant reports that it does not expect to move for an *Open America* stay.

   e. With respect to whether a *Vaughn* index will be required in this case, Defendant states that a *Vaughn* index will only be necessary if the Parties are unable to resolve issues related to records potentially subject to one or more FOIA exemption. To the extent that any potentially responsive documents are withheld, the Parties will work to meet and confer in order to narrow the scope of issues that might need to be addressed in a *Vaughn* index prior to dispositive briefing.

   f. The Parties believe that this matter is not ripe for the setting of a briefing schedule for dispositive motions and request that the Parties be allowed to propose a briefing schedule after Defendant's production is complete.

  7. The Parties respectfully request that they be allowed to file a Joint Status Report in sixty (60) days to further apprise the Court of their progress in this matter.

Date: July 27, 2020       Respectfully submitted,

            MICHAEL R. SHERWIN
            Acting United States Attorney

            DANIEL F. VAN HORN, D.C. Bar No. 924092
            Chief, Civil Division

By:  /s/  *Kristin D. Brudy-Everett*
    KRISTIN D. BRUDY-EVERETT
    Assistant United States Attorney
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    (202) 252-2536
    Kristin.Brudy-Everett@usdoj.gov

*Counsel for Defendant*

By:  /s/  *Brian T. Burgess*
    BRIAN T. BURGESS, D.C. Bar. No. 1020915
    STEPHEN R. SHAW, D.C. Bar. No. 1500549
    **Goodwin Procter LLP**
    1900 N Street, N.W.
    Washington, DC 20036-1612
    (202) 346-4000
    bburgess@goodwinlaw.com
    sshaw@goodwinlaw.com

    ELAINE HERRMANN BLAIS
    **Goodwin Procter LLP**
    100 Northern Avenue
    Boston, MA 02210
    (617) 570-1000
    eblais@goodwinlaw.com

JOEL L. BROUSSARD
**Goodwin Procter LLP**
The New York Times Building
620 Eighth Avenue
New York, NY
(212) 813-8800
jbroussard@goodwinlaw.com

WENDY T. WYLEGALA
SCOTT SHUCHART, D.C. Bar No. 1531377
**Kids in Need of Defense**
252 West 37 Street, Suite 1500W
New York, NY 10018
(646) 970-2913
wwylegala@supportkind.org
sshuchart@supportkind.org

*Counsel for Plaintiff*