UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIND INC., d/b/a KIDS IN NEED OF DEFENSE<br><br>    *Plaintiff*,<br><br>    v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    *Defendant*. | Civil Action No. 20-1384 (CJN) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Joint Status Report, it is hereby:

ORDERED that the parties shall submit another joint status report on or before September 28, 2020.

SIGNED:

_____       _____
Date               Carl J. Nichols
                 United States District Judge